# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND,** by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 01-115T** |
| **v.** | ) | **<u>MOTION TO CONTINUE STATUS CONFERENCE</u>** |
| **ASHLAND, INC., et al.** | ) | |
| **Defendants.** | ) | |

The State of Rhode Island ("State") by and through the authority of the Department of Environmental Management ("RIDEM"), hereby requests a continuance of the Status Conference scheduled in the within matter for March 21, 2006. In support of this Motion, Plaintiff relies on the Memorandum filed herewith.

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

BRIAN A. WAGNER (No. 4033)
235 Promenade Street
Providence, Rhode Island 02908
Tel. (401) 222-6607
Fax (401) 222-3378

## CERTIFICATION

I hereby certify that I caused a true copy of the within Motion and Memorandum to Continue Status Conference to be forwarded to:

David Graham, Esq.
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, VA 23188-2678

R. Howard Grubbs, Esq.
WOMBLE, CARLYLE, SANDRIDGE & RICE
200 West Second Street
P.O. Drawer 84
Winston-Salem, NC 27102

Mortimer Newton, Esq.
91 Friendship Street
Providence, RI 02903-3819

Matthew Medeiros, Esq.
72 Pine Street
Providence, RI 02903

By regular mail, postage prepaid this 9th day of March, 2006.

Irene Lennox
Irene Lennox, Legal Assistant

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND,** by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT** | ) | |
| | ) | **Civil Action No. 01-115T** |
| **Plaintiff,** | ) | |
| **v.** | ) | **MEMORANDUM SUPPORTING MOTION TO CONTINUE STATUS CONFERENCE** |
| **ASHLAND, INC., et al.** | ) | |
| **Defendants.** | ) | |

The Plaintiff, State of Rhode Island, Department of Environmental Management is in receipt of the Court's Notice setting this matter down for a Status Conference on Tuesday March 21, 2006, at 9:30 am. Based on recent developments in this matter, the Department respectfully requests that the Status Conference be continued for approximately six weeks. The reason for this request is that the Department recently received an e-mail from the PRP Group's environmental consultant indicating that it expects to submit its final Remedial Investigation/Feasibility Study for the Cranston Sanitary Landfill to the Department on or about March 15, 2006. Although this projected submission date precedes the Status Conference by a week, this will not be nearly enough time for the Department to review the RI/FS in a way that will enable it to provide meaningful comments to the Court. The Department believes that the Status Conference will be much more informative and productive for all concerned if the Department can be accorded a reasonable amount of time to analyze and discuss the data, conclusions and recommendations in the RI/FS.

Accordingly, the Department requests that the Court reschedule the Status Conference to a date towards the end of April or the beginning of May.

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

BRIAN A. WAGNER (No. 4033)
235 Promenade Street
Providence, Rhode Island 02908
Tel. (401) 222-6607
Fax (401) 222-3378

**CERTIFICATION**

I hereby certify that I caused a true copy of the within Motion and Memorandum to Continue Status Conference to be forwarded to:

David Graham, Esq.
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, VA 23188-2678

R. Howard Grubbs, Esq.
WOMBLE, CARLYLE, SANDRIDGE & RICE
200 West Second Street
P.O. Drawer 84
Winston-Salem, NC 27102

Mortimer Newton, Esq.
91 Friendship Street
Providence, RI 02903-3819

Matthew Medeiros, Esq.
72 Pine Street
Providence, RI 02903

By regular mail, postage prepaid this 9th day of March, 2006.

Irene Lennox, Legal Assistant