**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STATE OF RHODE ISLAND,** by and through the **RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT**

**Plaintiff,**

**v.**

**ASHLAND, INC., et al.**

**Defendants.**

**Civil Action No. 01-115T**

**MOTION TO CONTINUE STATUS CONFERENCE**

The State of Rhode Island ("State") by and through the authority of the Department of Environmental Management ("RIDEM"), hereby requests a continuance of the Status Conference scheduled in the within matter for March 21, 2006. In support of this Motion, Plaintiff relies on the Memorandum filed herewith.

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

BRIAN A. WAGNER (No. 4033)
235 Promenade Street
Providence, Rhode Island 02908
Tel. (401) 222-6607
Fax (401) 222-3378

[redacted] 3/14/06

SCANNED

***R.I. v. Ashland, Inc. et al., C.A. No. 01-115T***
***Motion to Continue Status Conference***

## CERTIFICATION

I hereby certify that I caused a true copy of the within Motion and Memorandum to Continue Status Conference to be forwarded to:

David Graham, Esq.
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
P.O. Box 6000
Williamsburg, VA 23188-2678

R. Howard Grubbs, Esq.
WOMBLE, CARLYLE, SANDRIDGE & RICE
200 West Second Street
P.O. Drawer 84
Winston-Salem, NC 27102

Mortimer Newton, Esq.
91 Friendship Street
Providence, RI 02903-3819

Matthew Medeiros, Esq.
72 Pine Street
Providence, RI 02903

By regular mail, postage prepaid this 9th day of March, 2006.

Irene Lennox, Legal Assistant