# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND**<br>*Plaintiff,*<br><br>vs.<br><br>**ASHLAND, INC. et al.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 01-00115T** |

## ENTRY OF APPEARANCE

NOW COMES John A. Langlois, legal counsel for the Rhode Island Department of Environmental Management ("RIDEM"), and hereby enters his appearance as counsel on behalf of RIDEM in the above-captioned matter.

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ *John A. Langlois*

John A. Langlois, Esq. (R.I. Bar No. 3488)
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

## Certificate of Service

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on May 15, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

David B. Graham
Kaufman & Canoles, PC
4801 Courthouse Street
Suite 300
Williamsburg, VA 23188
**dbgraham@kaufcan.com**

R. Howard Grubbs
Womble, Carlyle, Sandridge & Rice, PLLC
104 South Main St.
Suite 700
Greenville, SC 29601-0208
**hgrubbs@wcsr.com**

Matthew F. Medeiros
Little, Medeiros, Kinder, Bulman & Whitn
72 Pine St.
Providence, RI 02903
mfm@lmkbw.com
dcabral@lmkbw.com;jlussier@lmkbw.com

Mortimer C. Newton
91 Friendship Street
3rd Floor
Providence, RI 02903
**mortnewton@gmail.com**

/s/ *John A. Langlois*